**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**JOSH EVANS, individually and on**
**behalf of All Others Similarly Situated**                                                           **PLAINTIFF**

**vs.**                                            **No. 6:18-cv-06051-SOH**

**WINDOWS USA, LLC**                                                                               **DEFENDANT**

### DEFENDANT, WINDOWS USA, LLC'S ANSWER
### TO FIRST AMENDED AND SUBSTITUTED COMPALINT

COMES NOW Defendant, Windows USA, LLC by and through its attorneys Friday, Eldredge & Clark, LLC, and for its Answer to Plaintiff's First Amended and Substituted Complaint. States as follows:

1.      The allegations contained in paragraph 1 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

2.      The allegations contained in paragraph 2 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

3.      Defendant denies the allegations contained in Paragraph 3.

4.      The allegations contained in paragraph 4 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

5.      The allegations contained in paragraph 5 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

1

6.     The allegations contained in paragraph 6 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

7.     The allegations contained in paragraph 7 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

8.     The allegations contained in paragraph 8 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

9.     Defendant realleges its responses to the forgoing paragraphs as if fully set out herein.

10.     Defendant admits the allegations contained in Paragraph 10.

11.     Defendant admits the allegations contained in Paragraph 11.

12.     The allegations contained in paragraph 12 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

13.     Defendant admits the allegations contained in Paragraph 13.

14.     Defendant admits that it is an employer within the meanings set forth in the FLSA and the AMWA, but denies the remaining allegations contained in Paragraph 14.

15.     Defendant admits the allegations contained in Paragraph 15.

16.     Defendant admits the allegations contained in Paragraph 16.

17.     Defendant realleges its responses to the forgoing paragraphs as if fully set out herein.

6376790.1

18.     Defendant denies the allegations contained in Paragraph 18.

19.     Defendant admits the allegations contained in Paragraph 19.

20.     Defendant denies the allegations contained in Paragraph 20.

21.     Defendant denies the allegations contained in Paragraph 21.

22.     Defendant denies the allegations contained in Paragraph 22.

23      Defendant denies the allegations contained in Paragraph 23.

24.     Defendant denies the allegations contained in Paragraph 24.

25.     Defendant denies the allegations contained in Paragraph 25.

26.     Defendant denies the allegations contained in Paragraph 26.

27.     Defendant admits the allegations contained in Paragraph 27.

28.     Defendant denies the allegations contained in Paragraph 28.

29.     Defendant denies the allegations contained in Paragraph 29.

30.     Defendant denies the allegations contained in Paragraph 30.

31.     Defendant denies the allegations contained in Paragraph 31.

32.     Defendant denies the allegations contained in Paragraph 32.

33.     Defendant denies the allegations contained in Paragraph 33.

34.     Defendant denies the allegations contained in Paragraph 34.

35.     Defendant realleges its responses to the forgoing paragraphs as if fully set out herein.

36.     The allegations contained in paragraph 36 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

37.     The allegations contained in paragraph 37 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

38.     The allegations contained in paragraph 38, including subparagraphs A and B of Plaintiff's First Amended and Substituted Complaint, are jurisdictional in nature and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

39.     The allegations contained in paragraph 39 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

40.     Defendant denies the allegations contained in Paragraph 40, including subparagraphs A and B.

41.     Defendant denies the allegations contained in Paragraph 41.

42.     Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 42 of Plaintiff's First Amended and Substituted Complaint, therefore they are denied.

43.     Defendant denies the allegations contained in Paragraph 43.

44.     Defendant denies the allegations contained in Paragraph 44.

45.     Defendant denies the allegations contained in Paragraph 45.

46.     Defendant realleges its responses to the forgoing paragraphs as if fully set out herein.

6376790.1

47.    The allegations contained in paragraph 47 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

48.    Defendant denies the allegations contained in Paragraph 48.

49.    Defendant denies the allegations contained in Paragraph 49.

50.    Defendant denies the allegations contained in Paragraph 50.

51.    Defendant denies the allegations contained in Paragraph 51.

52.    Defendant denies the allegations contained in Paragraph 52.

53.    Defendant realleges its responses to the forgoing paragraphs as if fully set out herein.

54.    The allegations contained in paragraph 54 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

55.    The allegations contained in paragraph 55 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

56.    Defendant denies the allegations contained in Paragraph 56.

57.    Defendant denies the allegations contained in Paragraph 57.

58.    Defendant denies the allegations contained in paragraph 58.

59.    Defendant denies the allegations contained in Paragraph 59.

60.    Defendant denies the allegations contained in Paragraph 60.

61.    Defendant denies the allegations contained in Paragraph 61.

62.    Defendant denies the allegations contained in Paragraph 62.

6376790.1

63.     Defendant realleges its responses to the forgoing paragraphs as if fully set out herein.

64.     The allegations contained in paragraph 64 of Plaintiff's First Amended and Substituted Complaint are jurisdictional in nature, and as such, require no response.  Insofar, however, as they attempt to state a cause of action against Defendants, they are hereby denied.

65.     Defendant admits the allegations contained in Paragraph 65.

66.     Defendant admits the allegations contained in Paragraph 66.

67.     Defendant denies the allegations contained in Paragraph 67.

68.     Defendant denies the allegations contained in Paragraph 68.

69.     Defendant denies the allegations contained in Paragraph 69.

70.     Defendant denies the allegations contained in Paragraph 70.

71.     Defendant denies the allegations contained in Paragraph 71.

72.     Defendant denies Plaintiff is entitled to any of the relief requested in the unnumbered "WHEREFORE" paragraph, including subparagraphs A-K.

73.     Defendant denies each and every allegation contained in Plaintiff's First Amended and Substituted Complaint not specifically admitted herein.

74.     Plaintiff's First Amended and Substituted Complaint fails to state a claim upon which relief can be granted.

75.     Defendant affirmatively states that Plaintiff and any purported class members are exempt from the overtime provisions of the Fair Labor Standards Act.

76.     Defendant affirmatively states that Plaintiff's claims are or may be barred by the applicable statute(s) of limitations.

6376790.1

77.     Defendant affirmatively states that at all times it acted in good faith and had reasonable grounds for believing its actions were in compliance with the Fair Labor Standards Act.

78.     Without admitting liability for any acts or omissions alleged, Defendant affirmatively states that it is entitled to the defense(s) described in 29 USCS § 259, in that any acts or omissions complained of were undertaken or made in good faith, and/or in conformity with, and in reliance on, written administrative regulations, orders, ruling, or interpretations of the Administrator of the Wage and Hour Division of the Department of Labor.

79.     Defendant reserves the right to plead further, including asserting additional affirmative defenses as warranted after full investigation and discovery.

80.     Defendant demands a trial by jury on all claims triable by jury.

WHEREFORE, having fully answered, Defendant prays that Plaintiff's First Amended and Substituted Complaint be dismissed with prejudice, that Plaintiff take nothing thereon, that the Court award Defendant its costs and attorneys' fees associated with the defense of the Plaintiff's claims and for all other just and proper relief.

Respectfully submitted,

Michael S. Moore (ABA# 82112)
Friday, Eldredge & Clark, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR  72201-3493
501-370-1526 - Telephone
501-244-5348 - Fax
mmoore@fridayfirm.com

By: /s/
Michael S. Moore

7

## CERTIFICATE OF SERVICE

I, Michael S. Moore, hereby certify that on this **9th** day of July 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Christopher Burks
chris@sandordlawfirm.com

Josh Sanford
josh@sanfordlawsfirm.com

By: /s/

Michael S. Moore

6376790.1